### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| DEBORAH HARRIS, | § No. |
| | § |
| Plaintiff, | § |
| | § |
| v. | § |
| | § |
| PORTFOLIO RECOVERY ASSOCIATES, | § |
| LLC, | § |
| | § |
| Defendant. | § |

## PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, DEBORAH HARRIS (Plaintiff), through her attorneys, KROHN & MOSS,

LTD., alleges the following against Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC

(Defendant):

### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

### JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant conducts business in the state of Texas, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*

## PARTIES

6. Plaintiff is a natural person residing in Converse, Bexar County, Texas

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8. Defendant is an alleged debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

9. Defendant is a collection agency with a business office in Norfolk, Virginia.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant is attempting to collect a debt from Plaintiff on behalf of the original creditor, World Financial Network National Bank, with an account number ending in 9125.

12. Plaintiff's alleged debt owed to World Financial Network National Bank arises from transactions for personal, family, and household purposes.

13. On May 25, 2010, Plaintiff's counsel faxed a cease and desist and a notice of representation letter to Defendant (Plaintiff's counsel's letter to Defendant and fax confirmation are attached as Group Exhibit A).

14. Despite receiving Plaintiff's counsel's letter (Exhibit A), Defendant communicated with Plaintiff after May 25, 2010, in an attempt to collect a debt (Defendant's letter to Plaintiff

dated February 1, 2011, is attached as Exhibit B).

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

15. Defendant violated the FDCPA based on the following:

    a    Defendant violated *§1692c(a)(2)* of the FDCPA by communicating with Plaintiff

    even though Defendant knew Plaintiff was represented by an attorney.

    b.    Defendant violated *§1692c(c)* of the FDCPA by communicating with Plaintiff after

    Defendant received Plaintiff's cease and desist letter.

WHEREFORE, Plaintiff, DEBORAH HARRIS, respectfully requests judgment be entered

against Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, for the following:

16. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C*

    *1692k*,

17. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15*

    *U.S.C. 1692k*

18. Any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, DEBORAH HARRIS, demands a jury trial in this

case.

RESPECTFULLY SUBMITTED,

KROHN & MOSS, LTD.

By: /s/ Michael S. Agruss
      Michael S. Agruss (CA SBN: 259567)
      Krohn & Moss, Ltd.
      10474 Santa Monica Blvd., Suite 401
      Los Angeles, CA 90025
      Tel: 323-988-2400 x235
      Fax: 866-583-3695
      magruss@consumerlawcenter.com
      Attorneys for Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF TEXAS

Plaintiff, DEBORAH HARRIS, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, DEBORAH HARRIS, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_4-22-2011_
Date

_Deborah Y. Harris_
DEBORAH HARRIS

# EXHIBIT A



May 25, 2010

**BY FAX ONLY: 757-321-2504**
**Page 1 of 3**

Collections Manager
Portfolio Recovery Associates, LLC
120 Corporate Blvd
Norfolk, VA 23502

**Re: Deborah Harris**
**Your file or reference No.: Catherines: Ending in 9125**
**Our file No.: 10861**

To Whom It May Concern:

Please be advised that my law firm represents the above-referenced client(s) for the purpose of enforcing their rights pursuant to all applicable federal debt collection laws. Debt Counsel for Seniors and the Disabled exclusively represents clients who are senior citizens, disabled or both and whose only income (e.g. social security, disability, etc.) is protected by federal law. This client regrets not being able to pay however, at this time they are insolvent as their monthly expenses exceed the amount of income they receive.

This letter serves as notice that my client hereby **disputes** the above-referenced alleged debt and requests **validation** of it in accordance with **15 U.S.C. § 1692g**. Please provide the name and address of the original creditor, if different from the current creditor. Unless and until this validation is furnished, we do not recognize any right on your part to collection any amount from our client through credit reporting or any other means. Please be advised that the continuation of collection activity without adequately responding to the validation request, could result in a lawsuit against you pursuant to **15 U.S.C. §1692g(b).**

As the client's attorney, I respectfully inform you that you must **cease** contacting them pursuant to **15 U.S.C. § 1692c(a)(2) and 1692c(c).** I have attached a signed **cease and desist** order from my client(s). If and when you violate these statutes, I will not hesitate to pursue with local co-counsel all legal remedies on behalf of my client(s).

Sincerely,

Jerome Lamet

Jerome S. Lamet
Supervising Attorney
Debt Counsel for Seniors and the Disabled

Cc: Deborah Harris

Jerome S. Lamet, Supervising Attorney
The Pontiac Building
542 South Dearborn
Suite 1260
Chicago, Illinois 60605
V: (312) 939-2221
F: (312) 939-27411

```
TRANSMISSION VERIFICATION REPORT
```

```
TIME   :  05/25/2010 18:47
NAME   :  JEROME LAMET LTD
FAX    :  13123563199
TEL    :  13129392221
SER. # :  BROD8J797996
```

```
DATE,TIME              05/25  10:46
FAX NO./NAME           17573212504
DURATION               00:01:00
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



May 25, 2010

**BY FAX ONLY: 757-321-2504**
**Page 1 of 3**

**Collections Manager**
Portfolio Recovery Associates, LLC
120 Corporate Blvd
Norfolk, VA  23502

**Re:   Deborah Harris**
       **Your file or reference No.: Catherines: Ending in 9125**
       **Our file No.: 10861**

To Whom It May Concern:

Please be advised that my law firm represents the above-referenced client(s) for the purpose of
enforcing their rights pursuant to all applicable federal debt collection laws. Debt Counsel for
Seniors and the Disabled exclusively represents clients who are senior citizens, disabled or both
and whose only income (e.g. social security, disability, etc.) is protected by federal law. This
client regrets not being able to pay however, at this time they are insolvent as their monthly
expenses exceed the amount of income they receive.

This letter serves as notice that my client hereby **disputes** the above-referenced alleged debt
and requests **validation** of it in accordance with **15 U.S.C. § 1692g.** Please provide the name
and address of the original creditor, if different from the current creditor. Unless and until this
validation is furnished, we do not recognize any right on your part to collection any amount from
our client through credit reporting or any other means. Please be advised that the continuation
of collection activity without adequately responding to the validation request, could result in a
lawsuit against you pursuant to **15 U.S.C. §1692g(b).**

As the client's attorney, I respectfully inform you that you must **cease** contacting them pursuant
to **15 U.S.C. § 1692c(a)(2) and 1692c(c).** I have attached a signed **cease and desist** order
from my client(s). If and when you violate these statutes, I will not hesitate to pursue with local

# **EXHIBIT B**

**Portfolio Recovery Associates, LLC.**
We're giving debt collection a good name.
**February 01, 2011**

**WORLD FINANCIAL NETWORK NATL BANK**
**CATHERINES**
**WORLD FINANCIAL NETWORK NATL BANK**
**PRA Account/Reference No:** ●●●●●●●●●●9125
**BALANCE: $1,362.14**

## 2011 SAVINGS PLAN!

Now is the time to **RESOLVE** this debt. We want to help you. **ACT NOW** and **save up to $272.14**. These savings won't last long, so call us today and take care of this debt.

| Single Payment Settlement Option | $193.00 Monthly Payment Plan | $102.00 Monthly Payment Plan |
|---|---|---|
| ● Pay $1,090.00 <br><br> ● Save $272.14 | ● Pay $193.00 for <br> 6 consecutive months <br> ● Save $204.14 | ● Pay $102.00 for <br> 12 consecutive months <br> ● Save $138.14 |

○ Your first payment must be received **NO LATER** than **02/28/2011**.
○ Your account will be considered "Settled in Full" after your final payment is posted.

We've helped many people resolve their debt, let us help you. **CALL NOW** and take advantage of the **INCREDIBLE SAVINGS** we are offering you. Our representatives are ready to help you resolve your account!

| ☎ | We are ready to help you resolve this debt! <br> Just call **1-800-772-1413** before 02/28/2011 to discuss the <br> **AFFORDABLE PAYMENT OPTIONS** that are available to you. <br> 730 AM to 11 PM Mon.-Fri. 8 AM to 5 PM Sat. 2 PM to 9 PM Sun. | |
|---|---|---|
| **Mail all checks and payments to:** <br> PORTFOLIO RECOVERY ASSOCIATES, LLC <br> P.O. Box 12914 <br> Norfolk VA 23541 | | **Make your payment online!** <br> www.portfoliorecovery.com |

***We are not obligated to renew this offer.**
**Company Address:** Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502
**Disputes Correspondence Address:** 140 Corporate Boulevard, Norfolk, VA 23502 or E-mail:
PRA_Disputes@portfoliorecovery.com
**Credit Card Payments** - Third party vendors may charge a transaction fee for processing payments made by credit card; however, PRA does not charge or accept any fees. Please discuss this option with our staff if you have any questions.
**PRIVACY NOTICE**
We collect certain personal information about you from the following sources: (a) information we receive from you; (b) information about your transactions with our affiliates, others, or us; (c) information we receive from consumer reporting agencies. We do not disclose any nonpublic personal information about our customers or former customers to anyone, except as permitted by law. We restrict access to nonpublic information about you to those employees and entities that need to know that information in order to collect your account. We maintain physical, electronic and procedural safeguards that comply with federal regulations to guard your nonpublic personal information.

### This letter is from a debt collector and is an attempt to collect a debt.
### Any information obtained will be used for that purpose.

**Quality Service Specialists available Mon. - Fri. 8 AM to 5 PM (EST)**
Not happy with the way you were treated? Our company strives to provide professional and courteous service to all our customers. Contact one of our staff to discuss issues related to our quality of service to you by phone at



**Portfolio Recovery Associates, LLC.**
We're giving debt collection a good name
**February 01, 2011**

**WORLD FINANCIAL NETWORK NATL BANK**
**CATHERINES**
**WORLD FINANCIAL NETWORK NATL BANK**
**PRA Account/Reference No: 6278000040139125**
**BALANCE: $1,362.14**

## 2011 SAVINGS PLAN!

Now is the time to **RESOLVE** this debt. We want to help you. **ACT NOW** and **save up to $272.14**. These savings won't last long, so call us today and take care of this debt.

| Single Payment Settlement Option | $193.00 Monthly Payment Plan | $102.00 Monthly Payment Plan |
|---|---|---|
| ● Pay $1,090.00 | ● Pay $193.00 for **6 consecutive months** | ● Pay $102.00 for **12 consecutive months** |
| ● Save $272.14 | ● Save $204.14 | ● Save $135.14 |

○ Your first payment must be received **NO LATER** than **02/28/2011.**
○ Your account will be considered "Settled in Full" after your final payment is posted.

We've helped many people resolve their debt, let us help you. **CALL NOW** and take advantage of the
**INCREDIBLE SAVINGS** we are offering you. Our representatives are ready to help you resolve your account!

**↑. TO OPEN THIS SIDE - SLIDE FINGER UNDER THIS EDGE. ↑**

Me
PC
P.
Ne

'W
Co
Dis
PR
Cr
ca
:u
PT
N
n
k
.
:

Dept 6541
PO Box 1259
Oaks, PA 19456

"SEE REVERSE SIDE FOR EASY OPENING INSTRUCTIONS"

FIRST-CLASS MAIL
PRESORTED
US POSTAGE
PAID
PSC

DEBORAH HARRIS

CONVERSE TX  78109-3275

U0123976-48M2-2